**Shelby J. SCOTT, Petitioner,**

v.

**DEPARTMENT OF THE ARMY, Respondent.**

No. 04–3164.

United States Court of Appeals, Federal Circuit.

Dec. 13, 2004.

Before LOURIE, RADER, and SCHALL, Circuit Judges.

## JUDGMENT

**PER CURIAM.**

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.